1  STEPHANIE HINDS, CABN 154284
   Acting United States Attorney
2  DEBORAH LEE STACHEL, CABN 230138
   Regional Chief Counsel, Region IX
3  Social Security Administration
   JENNIFER KENNEY, CABN CA 241625
4  Special Assistant United States Attorney
           160 Spear Street, Suite 800
5          San Francisco, California 94105
           Telephone:  (415) 977-8945
6          Facsimile:  (415) 744-0134
           E-Mail: jennifer.a.kenney@ssa.gov
7
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK MENZEL,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 3:20-cv-04494-WHO<br><br>STIPULATION TO VOLUNTARY REMAND  PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF AND [~~PROPOSED~~] ORDER |

TO THE HONORABLE WILLIAM H. ORRICK, DISTRICT JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Plaintiff and Andrew Saul, Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence. The Appeals Council will instruct the ALJ to take further action, as warranted.

Stip. & Proposed Order for Vol. Rem., 3:20-cv-04494-WHO

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: March 17, 2021     By: /s/ * David Chermol
                             DAVID CHERMOL
                             (*authorized by email on Mar. 16, 2021)
                             Attorney for Plaintiff

Date: March 17, 2021         STEPHANIE HINDS
                             Acting United States Attorney

                         By: /s/ Jennifer A. Kenney
                             JENNIFER A. KENNEY
                             Special Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: March 18, 2021

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

Stip. & Proposed Order for Vol. Rem., 3:20-cv-04494-WHO

2